468 A.2d 834

Commonwealth v. Bidwell, Appellant.

Submitted October 18, 1983. John Krisa, Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.

468 A.2d 835

Commonwealth v. Carrero, Appellant.

Petition for Allowance of Appeal
Denied March 26, 1984.

Argued June 2, 1983. Anthony C. Santore, for appellant; Donald B. Corriere, District Attorney and Nicholas E. Englesson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.